946 A.2d 1024

IN THE MATTER OF MICHAEL K. MULLEN,
AN ATTORNEY AT LAW.

May 6, 2008.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 07–315, concluding that **MICHAEL K. MULLEN of MORRISTOWN,** who was admitted to the bar of this State in 1982, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), *RPC* 1.16(d) (failure to promptly return client's files upon termination of representation), and good cause appearing;

It is ORDERED that **MICHAEL K. MULLEN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.